Loyalty Physical Therapy, P.T., P.C. v Permanent Gen. Assur. Corp. (2022 NY Slip Op
50049(U))

[*1]

Loyalty Physical Therapy, P.T., P.C. v Permanent Gen. Assur.
Corp.

2022 NY Slip Op 50049(U) [74 Misc 3d 127(A)]

Decided on January 21, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 21, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2019-524 K C

Loyalty Physical Therapy, P.T., P.C., as
Assignee of Ernest Frazier, Respondent,
against
Permanent General Assurance Corp., Appellant.

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
Petre and Associates, P.C. (Damin Toell of counsel), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Consuelo
Mallafre-Melendez, J.), entered March 1, 2019. The order denied defendant's motion for, in
effect, summary judgment dismissing the complaint.

ORDERED that the order is reversed, with $30 costs, and defendant's motion for, in effect,
summary judgment dismissing the complaint is granted.
Plaintiff Loyalty Physical Therapy, P.T., P.C. (Loyalty) commenced this action against
Permanent General Assurance Corp. (Permanent General) to recover assigned first-party no-fault
benefits for services that Loyalty had provided to its assignor, Ernest Frazier, who had allegedly
sustained injuries in a motor vehicle accident on November 3, 2013. After issue was joined,
Permanent General commenced a declaratory judgment action in the Supreme Court, New York
County, against, insofar as relevant here, Loyalty and Ernest Frazier, which parties failed to
appear or answer in the Supreme Court action. By order entered December 3, 2015, the Supreme
Court granted, on default, Permanent General's motion for a default judgment against, among
others, Loyalty and Ernest Frazier.
Thereafter, Permanent General moved in the Civil Court for, in effect, summary judgment
[*2]dismissing the complaint on the ground that the present Civil
Court action is barred under the doctrine of res judicata, as the instant claims had been fully
litigated in the Supreme Court. Loyalty opposed the motion. Permanent General appeals from an
order of the Civil Court entered March 1, 2019 denying Permanent General's motion.
For the reasons stated in North Valley Med., P.C., as Assignee of Ernest Frazier v
Permanent Gen. Assur. Corp. (___ Misc 3d ___, 2022 NY Slip Op _____ [appeal No.
2019-499 K C], decided herewith), the order is reversed and defendant's motion for, in effect,
summary judgment dismissing the complaint is granted.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 21, 2022